# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRADLEY VARNER,
ADC #156093                                                                                          PLAINTIFF

1:19CV00009-JM-JTK

WILLIAMS, et al.                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 12th day of August, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE